E-FILING

| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:03CR00499-03 |

FILED

2007 DEC -4 A 7:57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DOCKET NUMBER** *(Rec. Court)*

**CR 07 00766 RMW**

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Albert PANDO<br>San Jose, California | Eastern District of California | Northern |

| NAME OF SENTENCING JUDGE |
|---|
| Garland E. Burrell, Jr. |

| DATES OF SUPERVISED RELEASE: | FROM<br>01/04/2007 | TO<br>01/03/2012 |
|---|---|---|

**OFFENSE**    18 USC 2113(a) and (d) - Armed Bank Robbery (CLASS B FELONY)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-5-07
*Date*

_____
*Chief United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/26/07
*Effective Date*

Ronald M Whyte
*United States District Judge*

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG