UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

US District Court
Northern District of California
280 South First Street
San Jose, California 95113



RE:      USA vs.
USDC No.:    2:03--CR--00499--GEB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 03, 2008 , transmitted herewith are the following documents.

**Paper Documents: Certified copies 13, 40, and 49 and docket sheet.**

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 4, 2008**    /s/ M. Plummer

Deputy Clerk

RECEIVED BY: _____

Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:03CR00499-03 |
| | | **DOCKET NUMBER** (Rec. Court) |
| | | 0971/5:07CR00766-01 RMW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Albert PANDO<br>San Jose, California | Eastern District of California | Northern |
| | **NAME OF SENTENCING JUDGE**<br>Garland E. Burrell, Jr. | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 01/04/2007    **TO** 01/03/2012 |

**FILED JAN - 3 2008 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK**

**OFFENSE**  18 USC 2113(a) and (d) - Armed Bank Robbery (CLASS B FELONY)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_11-5-07_
Date

_[signature]_
Chief United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/26/07_
Effective Date

_Ronald M. Whyte_
United States District Judge

CC:  United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _[signature]_
Deputy Clerk
Dated 1-4-08

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case



## United States District Court
### Eastern District of California

MAY 12 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ DEPUTY CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JAMES ALBERT PANDO | Case Number: **2:03CR00499-03** |

Emmett Mahle
Defendant's Attorney

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): <u>One of the Indictment</u>.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2113(a) and (d) | Armed Bank Robbery | 10/21/03 | One |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✔]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 30, 2004
Date of Imposition of Judgment

_Signature of Judicial Officer_

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 1-4-08

GARLAND E. BURRELL, JR., United States District Judge
Name & Title of Judicial Officer

5-12-04
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER: 2:03CR00499-03     Judgment - Page 2 of 6
DEFENDANT: JAMES ALBERT PANDO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 38 Months .

[✓]    The court makes the following recommendations to the Bureau of Prisons:
       Institution at Sheridan, Oregon

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at __ on __.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on __.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

       Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                          UNITED STATES MARSHAL

                                                                         By _____
                                                                                Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

CASE NUMBER:      2:03CR00499-03                                                           Judgment - Page 3 of 6
DEFENDANT:        JAMES ALBERT PANDO

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 60 Months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 2:03CR00499-03 | Judgment - Page 4 of 6 |
| DEFENDANT: | JAMES ALBERT PANDO | |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

CASE NUMBER: 2:03CR00499-03  Judgment - Page 5 of 6
DEFENDANT: JAMES ALBERT PANDO

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ | $ 3,909. |

[ ] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✓] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Union Safe Deposit Bank<br>Special Assets Department<br>P.O. Box 1200<br>Stockton, CA 95201-1200 | 3,909. | 3,909. |  |
| TOTALS: | $ 3,909. | $ 3,909. |  |

[ ] Restitution amount ordered pursuant to plea agreement $ __

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ] The interest requirement is waived for the     [ ] fine     [ ] restitution

   [ ] The interest requirement for the     [ ] fine  [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER:    2:03CR00499-03                                           Judgment - Page 6 of 6
DEFENDANT:      JAMES ALBERT PANDO

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [ ] Lump sum payment of $ 4,009 due immediately, balance due

    [ ]  not later than ___ , or
    [ ]  in accordance with    [ ] C,    [ ] D,    [ ] E, or        [ ] F below; or

B  [ ] Payment to begin immediately (may be combined with    [ ] C,    [ ] D, or [ ] F below); or

C  [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

```
1  McGREGOR W. SCOTT
   United States Attorney
2  NORMAN Y. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2909
```

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By /s/ _____ Deputy Clerk
Dated: 1-4-08

FILED
NOV 20 2003
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ C

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR.S- 03 · 0 4 9 9 GEB |
| Plaintiff, ) | |
| v. ) | VIOLATION: 18 U.S.C. § 2113(a),(d) - Armed Bank Robbery |
| ANTHONY KAULANI PADILLA, ) GUADALUPE OROZCO MUNOZ, JR., ) JAMES ALBERT PANDO, ) | |
| Defendants. ) | |

I N D I C T M E N T

The Grand Jury charges:  T H A T

ANTHONY KAULANI PADILLA,
GUADALUPE OROZCO MUNOZ, JR., and
JAMES ALBERT PANDO,

defendants herein, on or about October 21, 2003, in San Joaquin County, State and Eastern District of California, did by force, violence, and intimidation, take from the person and presence of employees of the Union Safe Deposit Bank, 810 W. Schulte Road, Tracy, California, money belonging to and in the care, custody, control, management, and possession of the bank, the accounts of

1  which were insured by the Federal Deposit Insurance Corporation.
2  In committing this offense, the defendants did assault and put in
3  jeopardy the lives of the employees of the bank by the use of a
4  dangerous weapon, specifically, a handgun; all in violation of
5  Title 18, United States Code, Section 2113(a) and (d).

                                          A TRUE BILL.

                                          _____
                                          FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:03-cr-00499-GEB All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Padilla | Date Filed: 11/20/2003 |
| Magistrate judge case number: 2:03-mj-00261 | Date Terminated: 07/09/2004 |

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**Anthony Kaulani Padilla** (1)
*TERMINATED: 07/09/2004*

represented by **Quincy N Hoang**
Law Office of Quincy Hoang
1630 Oakland Road
Suite A304-3
San Jose, CA 95131
408-573-1573
*TERMINATED: 07/09/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By [signature] Deputy Clerk
Dated 1-4-08

**Pending Counts**

18:3.F ACCESSORY AFTER THE FACT
(1s)

**Disposition**

IMPRISONMENT of 41 mos; $100 S/A; $3,909.00 restitution; 36 mos TSR; special conditions (see J and C); recommendation for Phoenix, AZ facility

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2113A.F ARMED BANK ROBBERY
(1)

**Disposition**

Dismissed

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Garland E. Burrell, Jr

### Defendant

| | | |
|---|---|---|
| **Guadalupe Orozco Munoz, Jr.** (2)<br>*TERMINATED: 03/19/2004* | represented by | **Mary M. French**<br>Federal Public Defender's Office<br>801 I Street<br>3rd Floor<br>Sacramento, CA 95818<br>(916) 498-5700 x231<br>Fax: (916) 498-5710<br>Email: mary_french@fd.org<br>*TERMINATED: 12/08/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Quin Anthony Denvir**<br>Rothschild Wishek and Sands LLP<br>901 F Street<br>Suite 200<br>Sacramento, CA 95814<br>916-444-9845<br>Fax: 916-444-2768<br>Email: qdenvir@rwslaw.com<br>*TERMINATED: 03/19/2004*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113A.F ARMED BANK ROBBERY<br>(1) | imprionment 63 months; remanded; fine waived; S/A $100; restitution $3,909.00; appeal waived; recommendation: 500 hour drug treatment program; CA institution or as close to CA as possible |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**James Albert Pando** (3)
*TERMINATED: 04/30/2004*

represented by **Clarence Emmett Mahle**
Law Offices of C. Emmett Mahle
901 H Street
Suite 203
Sacramento, CA 95814
(916) 447-1646
Fax: (916) 446-1912
Email: mahlelaw@sbcglobal.net
*TERMINATED: 04/30/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113A.F ARMED BANK ROBBERY (1) | imprisonment 36 months; S/A $100; restitution $3909.00; TSR 60 months; appeal waived; 5K motion ordered sealed |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 USC 2113 BY FORCE, VIOLENCE AND INTIMIDATION TAKE FROM | |

THE PERSON AND PRESENCE OF
EMPLOYEES OF THE UNION SAFE
DEPOSIT BANK, 810 W. SCHULTE
ROAD, TRACY, CALIFORNIA,
MONEY BELONGING TO AND IN
THE CARE, CUSTODY, CONTROL,
MANAGEMENT AND POSSESSION
OF THE BANK, THE ACCOUNTS OF
WHICH WERE INSURED BY THE
FEDERAL DEPOSIT INSURANCE
CORPORATION. IN COMMITTING
THIS OFFENSE, THE DEFENDANTS
DID ASSAULT AND PUT IN
JEOPARDY THE LIFE OF THE
EMPLOYEES OF THE BANK BY
THE USE OF A DANGEROUS
WEAPON, SPECIFICALLY, A
HANDGUN [ 2:03-m -261 ]

**Plaintiff**

USA     represented by     **Norman Yuke Wong**
US Attorney's Office
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2909
Fax: (916) 554-2900
Email: usacae.ecfsactemp@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2008 | 49 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to James Albert Pando. Signed by Judge Garland E. Burrell Jr.on 11/5/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Davis, D) (Entered: 01/04/2008) |
| 08/28/2007 | 48 | TRANSMITTAL of DOCUMENTS on *8/27/2007* to * District of Arizona* *Sandra Day O'Connor US Courthouse* *401 West Washington Street* *Phoenix, AZ 85003*. * Volume of Files: 1. Paper Documents: 1 to 45. * *Electronic Documents: 46-47. *. (Waggoner, D) (Entered: 08/28/2007) |
| 08/27/2007 | 47 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to District of Arizona as to Anthony Kaulani Padilla. Signed by Judge Garland E. Burrell Jr.on 8/27/2007. Transmitted |

| Date | # | Description |
|---|---|---|
| | | Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Waggoner, D) (Entered: 08/28/2007) |
| 06/13/2006 | ●46 | TRANSCRIPT of Judgment and Sentencing as to Guadalupe Orozco Munoz, Jr held on 3/19/06 before Judge Garland E. Burrell, Jr.. Court Reporter: K. Bennett. (Carlos, K) (Entered: 06/14/2006) |
| 08/09/2004 | 45 | JUDGMENT and Commitment issued as to Anthony Kaulani Padilla by Judge Garland E. Burrell (kdc) (Entered: 08/10/2004) |
| 07/09/2004 | | (Court only) Docket Modification (Utility Event) counts as to Anthony Kaulani Padilla (1) count(s) 1. Dismissed (old) (Entered: 07/15/2004) |
| 07/09/2004 | 44 | MINUTES before Judge Garland E. Burrell; dft Anthony Padilla present and in custody; sentencing Anthony Kaulani Padilla (1) count(s) 1s. IMPRISONMENT of mos; $100 S/A; $3,909.00 restitution; 36 mos TSR; special conditions (see J and C); recommendation for Phoenix, AZ facility, appeal rights waived; motion by govt to dismiss indictment GRANTED; terminating defendant Anthony Kaulani Padilla, case terminated ; appearances by Norm Wong for AUSA and Quincy Hoang retained for dft; C/R K. Watkins (daw) (Entered: 07/12/2004) |
| 07/02/2004 | 43 | JUDGMENT and Commitment returned executed on 6/23/04 as to James Albert Pando (kdc) (Entered: 07/06/2004) |
| 05/18/2004 | 42 | NOTICEof hearing by Counsel for Dft Anthony Kaulani Padilla approved by CRD Sentencing hearing CONTINUED from 6/11/04 to 9:00 7/9/04 for Anthony Kaulani Padilla (lm) (Entered: 05/19/2004) |
| 05/18/2004 | 41 | JUDGMENT and Commitment returned executed on 5/13/04 as to Guadalupe Orozco Munoz Jr; Dft delivered to USP Atwater, Atwater CA (lm) (Entered: 05/19/2004) |
| 05/12/2004 | 40 | JUDGMENT and Commitment issued as to James Albert Pando by Judge Garland E. Burrell (kdc) (Entered: 05/13/2004) |
| 05/03/2004 | 39 | ORDER by Judge Garland E. Burrell ORDERING the sealing order lodged on 4/27/04 will not be signed (cc: all counsel) (kdc) (Entered: 05/04/2004) |
| 04/30/2004 | | (Court only) Docket Modification (Utility Event) terminating party James Albert Pando (dd) (Entered: 07/02/2004) |
| 04/30/2004 | 38 | SEALED document ( ) (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 37 | MINUTES before Judge Garland E. Burrell RE: sentencing James Albert Pando (3) count(s) 1. imprisonment 36 months; S/A $100; restitution $3909.00; TSR 60 months; appeal waived; 5K motion ordered sealed C/R K Watkins (kdc) (Entered: 05/03/2004) |
| 04/27/2004 | | LODGED document to be sealed by plaintiff USA (kdc) (Entered: 04/28/2004) |
| 04/27/2004 | | LODGED sealing order for 5K1.1 motion by plaintiff USA (kdc) |

| | | |
|---|---|---|
| | | (Entered: 04/28/2004) |
| 03/29/2004 | 36 | JUDGMENT and Commitment issued as to Guadalupe Orozco Munoz Jr. by Judge Garland E. Burrell (crf) (Entered: 03/30/2004) |
| 03/26/2004 | 35 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Anthony Kaulani Padilla (crf) (Entered: 03/29/2004) |
| 03/26/2004 | 34 | PLEA Agreement as to Anthony Kaulani Padilla (crf) (Entered: 03/29/2004) |
| 03/26/2004 | 33 | WAIVER of indictment by defendant Anthony Kaulani Padilla (crf) (Entered: 03/29/2004) |
| 03/26/2004 | 32 | MINUTES before Judge Garland E. Burrell guilty plea entered by Anthony Kaulani Padilla (1) to count(s) 1s ; sentencing hearing SET for 9:00 6/11/04 for Anthony Kaulani Padilla ; C/R Kimbelry Watkins (crf) (Entered: 03/29/2004) |
| 03/26/2004 | 31 | SUPERSEDING Information as to Anthony Kaulani Padilla (1) count(s) 1s (crf) (Entered: 03/29/2004) |
| 03/19/2004 | 30 | MINUTES before Judge Garland E. Burrell RE: sentencing Guadalupe Orozco Munoz (2) count(s) 1. imprionment 63 months; remanded; fine waived; S/A $100; restitution $3,909.00; appeal waived; recommendation: 500 hour drug treatment program; CA institution or as close to CA as possible , terminating party Guadalupe Orozco Munoz C/R K Watkins (kdc) (Entered: 03/22/2004) |
| 03/15/2004 | 29 | NOTICE of hearing by USA arraignment SET for 9:00 3/26/04 for Anthony Kaulani Padilla (cc: all counsel) (daw) (Entered: 03/16/2004) |
| 03/12/2004 | 28 | MINUTES before Judge Garland E. Burrell RE: Status Conference status hearing held on 3/12/04 as to defendant Anthony Kaulani Padilla ; no appearance by defense counsel; matter adjourned; trial confirmation hearing previously SET for 9:00 4/9/04 and jury trial previously SET for 9:00 4/27/04 for Anthony Kaulani Padilla ; C/R Kimberly Watkins (crf) (Entered: 03/15/2004) |
| 03/08/2004 | 27 | NOTICE of hearing by Probation Officer sentencing hearing RESET for 9:00 4/30/04 for James Albert Pando ; PSR to be disclosed by 3/19/04, objections due 4/2/04; PSR to be filed by 4/16/04 (cc: all counsel) (old) (Entered: 03/09/2004) |
| 03/05/2004 | 26 | MINUTES before Judge Garland E. Burrell; dft present and in custody; further status hearing SET for 9:00 3/12/04 for Anthony Kaulani Padilla ; appearances by Norm Wong for AUSA and Quincey Hoang for dft; C/R K. Watkins (daw) (Entered: 03/08/2004) |
| 03/03/2004 | 25 | NOTICE of hearing by Guadalupe Orozco Munoz Jr. sentencing hearing ADVANCED to 9:00 3/19/04 for Guadalupe Orozco Munoz Jr. (cc: all counsel) (daw) (Entered: 03/05/2004) |
| 01/23/2004 | 24 | MINUTES before Judge Garland E. Burrell RE: status hearing set for |

| Date | # | Description |
|---|---|---|
| | | 9:00 4/27/04 for Anthony Kaulani Padilla , T4 started for Anthony Kaulani Padilla start date: 1/23/04 end date: 4/27/04 C/R K Watkins (kdc) (Entered: 01/26/2004) |
| 01/22/2004 | 23 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant James Albert Pando (kdc) (Entered: 01/23/2004) |
| 01/22/2004 | | (Court only) Docket Modification (Utility Event) sentencing hearing set for 9:00 4/16/04 for James Albert Pando (kdc) (Entered: 01/23/2004) |
| 01/22/2004 | 22 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by James Albert Pando (3) count(s) 1 , change of plea hearing held on 1/22/04 as to defendant James Albert Pando; J&S set for 9:00 4/16/04 C/R K Watkins (kdc) (Entered: 01/23/2004) |
| 01/20/2004 | 21 | PLEA Agreement as to James Albert Pando (kdc) (Entered: 01/21/2004) |
| 01/20/2004 | 20 | NOTICE of hearing by USA hearing set for 1:00 1/22/04 for Anthony Kaulani Padilla (cc: all counsel) (kdc) (Entered: 01/21/2004) |
| 01/16/2004 | 19 | PLEA Agreement as to Guadalupe Orozco Munoz Jr. (kdc) (Entered: 01/20/2004) |
| 01/16/2004 | 18 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Guadalupe Orozco Munoz Jr. (kdc) (Entered: 01/20/2004) |
| 01/16/2004 | 17 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Guadalupe Orozco Munoz (2) count(s) 1 , status hearing held on 1/16/04 as to defendant Guadalupe Orozco Munoz Jr; sentencing hearing set for 9:00 4/9/04 for Guadalupe Orozco Munoz Jr ; C/R K Watkins (kdc) (Entered: 01/20/2004) |
| 12/19/2003 | 16 | MINUTES before Judge Garland E. Burrell RE: status hearing re-set for 9:00 1/23/04 for Anthony Kaulani Padilla, for Guadalupe Orozco Munoz Jr., for James Albert Pando , T4 started for Anthony Kaulani Padilla, Guadalupe Orozco Munoz Jr., James Albert Pando start date: 12/19/03 end date: 1/23/04 C/R K Watkins (kdc) (Entered: 12/22/2003) |
| 12/08/2003 | | (Court only) Docket Modification (Utility Event) withdrawing attorney Mary M French for Guadalupe Orozco Munoz Jr. and substituting attorney Quin Denvir (kdc) (Entered: 12/09/2003) |
| 12/08/2003 | 15 | NOTICE by defendant Guadalupe Orozco Munoz Jr assinged Quin Denvir as counsel of record (kdc) (Entered: 12/09/2003) |
| 11/26/2003 | 14 | MINUTES before Magistrate Judge Dale A. Drozd RE: arraignment; Defendants entered not guilty pleas and request a jury trial; status hearing set for 9:00 12/19/03 before the Honorable Garland E. Burrell for Anthony Kaulani Padilla, Guadalupe Orozco Munoz Jr. and for James Albert Pando ; C/R Dona Euler, CD (mdp) (Entered: 12/01/2003) |
| 11/20/2003 | | (Court only) Docket Modification (Utility Event) arraignment set for 2:00 11/26/03 for Anthony Kaulani Padilla, for Guadalupe Orozco Munoz Jr., for James Albert Pando (kdc) (Entered: 11/21/2003) |

| Date | # | Description |
|---|---|---|
| 11/20/2003 | 13 | INDICTMENT by US Attorney Norman Yuke Wong Counts filed against Anthony Kaulani Padilla (1) count(s) 1, Guadalupe Orozco Munoz (2) count(s) 1, James Albert Pando (3) count(s) 1 (kdc) (Entered: 11/21/2003) |
| 11/18/2003 | 12 | CJA Form 23 (Financial Affidavit) as to James Albert Pando [ 2:03-m -261 ] (mdp) (Entered: 11/19/2003) |
| 11/18/2003 | 11 | CJA Form 20 (Attorney Payment Voucher) by Attorney Emmett Mahle for James Albert Pando [ 2:03-m -261 ] (mdp) (Entered: 11/19/2003) |
| 11/14/2003 | 10 | MINUTES before Magistrate Judge Dale A. Drozd RE: Counsel status & detention attorney Quincy N Hoang added for defendant Anthony Kaulani Padilla , preliminary exam set for 11:00 11/26/03 for Anthony Kaulani Padilla ; Court ordered defendant detained as danger and flight risk; C/R Dona Euler, CD [ 2:03-m -261 ] (mdp) (Entered: 11/17/2003) |
| 11/14/2003 | 9 | ORDER of Detention of Anthony Kaulani Padilla by Magistrate Judge Dale A. Drozd [ 2:03-m -261 ] (mdp) (Entered: 11/17/2003) |
| 11/14/2003 | 8 | ARREST Warrant returned executed as to defendant Guadalupe Orozco Munoz Jr. defendant arrested on 11/12/03 [ 2:03-m -261 ] (mdp) (Entered: 11/17/2003) |
| 11/14/2003 | 7 | ARREST Warrant returned executed as to defendant James Albert Pando defendant arrested on 11/12/03 [ 2:03-m -261 ] (mdp) (Entered: 11/17/2003) |
| 11/14/2003 | 6 | ARREST Warrant returned executed as to defendant Anthony Kaulani Padilla defendant arrested on 11/12/03 [ 2:03-m -261 ] (mdp) (Entered: 11/17/2003) |
| 11/13/2003 | 5 | CJA Form 23 (Financial Affidavit) as to Guadalupe Orozco Munoz Jr. [ 2:03-m -261 ] (mdp) (Entered: 11/14/2003) |
| 11/13/2003 | 4 | MINUTES before Magistrate Judge Dale A. Drozd RE: initial appearance first appearance of Anthony Kaulani Padilla, Guadalupe Orozco Munoz Jr., James Albert Pando Attorney Mary M French, Clarence Emmett Mahle present , preliminary exam set for 11:00 11/26/03 for Anthony Kaulani Padilla, Guadalupe Orozco Munoz Jr. and James Albert Pando; initial appearance hearing continued to 2:00 11/14/03 for Anthony Kaulani Padilla ; Court ordered defendants Guadalupe Orozco Munoz Jr and James Albert Pando detained for further proceedings; Anthony Kaulani Padilla ordered temporarily detained; C/R Dona Euler, CD [ 2:03-m -261 ] (mdp) (Entered: 11/13/2003) |
| 11/12/2003 | 3 | ORDER of Detention of Guadalupe Orozco Munoz Jr. by Magistrate Judge Dale A. Drozd [ 2:03-m -261 ] (mdp) (Entered: 11/13/2003) |
| 11/12/2003 | 2 | ORDER of Detention of James Albert Pando by Magistrate Judge Dale A. Drozd [ 2:03-m -261 ] (mdp) (Entered: 11/13/2003) |
| 11/10/2003 |  | ARREST Warrant issued for Guadalupe Orozco Munoz Jr. by Magistrate Judge Dale A. Drozd; no bail [ 2:03-m -261 ] (mdp) (Entered: |

| | | |
|---|---|---|
| | | 11/12/2003) |
| 11/10/2003 | | ARREST Warrant issued for James Albert Pando by Magistrate Judge Dale A. Drozd; no bail [ 2:03-m -261 ] (mdp) (Entered: 11/12/2003) |
| 11/10/2003 | | ARREST Warrant issued for Anthony Kaulani Padilla by Magistrate Judge Dale A. Drozd; no bail [ 2:03-m -261 ] (mdp) (Entered: 11/12/2003) |
| 11/10/2003 | 1 | COMPLAINT by US Attorney naming Anthony Kaulani Padilla (1) count(s) cmp, Guadalupe Orozco Munoz (2) count(s) cmp, James Albert Pando (3) count(s) cmp, before Magistrate Judge Dale A. Drozd [ 2:03-m -261 ] (mdp) (Entered: 11/12/2003) |