1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900                    *E-FILED - 3/12/10*
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. CR 07-00766 RMW
                                     )
14        Plaintiff,                 )    STIPULATION AND [ -------------- ]
                                     )    ORDER CONTINUING HEARING DATE
15        v.                         )
                                     )
16  JAMES ALBERT PANDO,              )
                                     )    SAN JOSE VENUE
17        Defendant.                 )
                                     )
18  _____  )

19      The undersigned parties respectfully request that the change of plea hearing currently

20  scheduled for March 15, 2010 be continued to March 29, 2010.  The reason for the continuance

21  is that Michelle Spencer will be unavailable due to an appearance in state court.  Probation

22  Officer Sonia Lapizco has been notified and she has no objection to the new hearing date.

23  SO STIPULATED:                   JOSEPH P. RUSSONIELLO
                                     United States Attorney
24
    DATED: 3/10/10                   _____/s/_____
25                                   SUSAN KNIGHT
                                     Assistant United States Attorney
26
    DATED: 3/10/10                   _____/s/_____
27                                   MICHELLE D. SPENCE
                                     Counsel for Mr. Pando
28

S<small>TIPULATION AND</small> XXXXXX <small>ORDER</small>
CR 07-00766 RMW                      1

Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea hearing for <u>United States v. James Albert Pando</u> scheduled for March 15, 2010 is continued to March 29, 2010 at 9:00 a.m.

SO ORDERED.

DATED: 3/12/10

*Ronald M. Whyte*
RONALD D. WHYTE
United States District Judge