```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900                *E-FILED - 3/12/10*
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00766 RMW |
| Plaintiff, | ) | STIPULATION AND [ ------------- ] |
| | ) | ORDER CONTINUING HEARING DATE |
| v. | ) | |
| JAMES ALBERT PANDO, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

The undersigned parties respectfully request that the change of plea hearing currently scheduled for March 15, 2010 be continued to March 29, 2010. The reason for the continuance is that Michelle Spencer will be unavailable due to an appearance in state court. Probation Officer Sonia Lapizco has been notified and she has no objection to the new hearing date.

SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: 3/10/10                         _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

DATED: 3/10/10                         _____/s/_____
                                       MICHELLE D. SPENCE
                                       Counsel for Mr. Pando

STIPULATION AND XXXXXX ORDER
CR 07-00766 RMW                              1

1
2    Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea
3 hearing for <u>United States v. James Albert Pando</u> scheduled for March 15, 2010 is continued to
4 March 29, 2010 at 9:00 a.m.
5 SO ORDERED.
6
7 DATED: 3/12/10    *Ronald M. Whyte*
             _____
             RONALD D. WHYTE
8            United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28